138554

RECEIVED
BY MAIL
OCT 19 2001
CLERK U.S. DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1437 DDA/SRN Case Title: Brotherhood of Maintenance of Way Employees v. BNSF

**Affidavit of Movant**

I, Patrick J. Sweeney, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Sheila Younger-Halliman attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant BNSF in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature Patrick J. Sweeney — MN Attorney License # 191164 — Date 10/18/01

**Affidavit of Proposed Admittee**

I, Sheila Younger-Halliman am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Sheila Younger-Halliman — Signature: Sheila Younger-Halliman — Date: 10/16/01

Attorney License Number: 52234 PA

Law Firm Name & Address: BNSF
Administration Office Bldg.
2500 Lou Menk Dr., 3rd Floor
P.O. Box 961039
Fort Worth, TX 76161-0039

Telephone: (817) 352-2319

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK