UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Brotherhood of Maintenance of Way Employees and Burlington Northern System Federation of BMWE,**

**Plaintiffs,**

**v.**

**Burlington Northern and Santa Fe Railway Company, suing as Burlington Northern Santa Fe Railroad,**

**Defendant.**

**Civil No. 01-1437 DDA/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. All initial disclosures required by Rule 26(a)(1) shall be completed on or before December 14, 2001.

**Dispositive Motions**

1. All dispositive motions shall be served , filed and scheduled by April 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Sheri Frette, 651-848-1176.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. It is anticipated that dispositive motions will dispose of the case and a trial will not be necessary.

Dated: November 20, 2001.

Susan Richard Nelson
United States Magistrate Judge