(342'73

RECEIVED
BY MAIL
MAR 06 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1437 DDA/SRN **Case Title:** Brotherhood of Maintenance of Way Employees v. The Burlington Northern and Santa Fe Ry.

**Affidavit of Movant**

I, Patrick J. Sweeney, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David Pryor, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant BNSF in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature Patrick J. Sweeney — MN Attorney License # 191164 — Date 3-5-02

**Affidavit of Proposed Admittee**

I, David Pryor, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: David Pryor — Signature — Date 2/27/02

Attorney License Number: 00791470 Texas

Law Firm Name & Address: BNSF
Administration Office Building, 3rd Floor
2500 Lou Menk Drive
P.O. Box 961039
Fort Worth, TX 76161-0039

Telephone: (817/352-2286

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — mmc

Date: MAR 06 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________