# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brotherhood Of Maintenance
Of Way Employees and Burlington
Northern System Federation Of BMWE,

Case No. Civil 01-1437 DDA/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Burlington Northern And Sant
Fe Railroad Company, suing as
Burlington Northern Santa
Fe Railroad,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiffs' motion for summary judgment is denied.

Defendant's motion for summary judgment is granted.

The plaintiffs' petition for an order vacating the arbitrator's Interpretation No. 1 to Award No. 32485 and remanding the controversy to the Third Division of the NRAB is denied.

The plaintiffs' petition is dismissed.

DATE: June 17, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

20